# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:21-CV-00108-ADA

Plaintiff:
**TOT POWER CONTROL, S.L.,**

vs.

Defendant:
**SPRINT CORPORATION, ET AL.,**

Received these papers on the 3rd day of February, 2021 at 3:15 pm to be served on **SPRINT COMMUNICATIONS COMPANY L.P.** care of its Registered Agent, **CORPORATION SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Thomas Kroll, being duly sworn, depose and say that on the **4th day of February, 2021 at 9:40 am, I:**

hand delivered a true copy of this **Summons in a Civil Action together with Complaint for Patent Infringement and attached Exhibits** to SPRINT COMMUNICATIONS COMPANY L.P. care of its Registered Agent, CORPORATION SERVICE COMPANY, by and through its designated agent, **JOHN SPIDEL**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 4th day of February, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Thomas Kroll**
PSC - 3012, Exp. 8/31/2021

Our Job Serial Number: THP-2021000488
Ref: 0340321 / 327 / 329

Helen Broussard
My Commission Expires
11/04/2023
ID No. 130429927

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**

FEB 3 - 2021

@3:15 pm

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**TOT POWER CONTROL, S.L.,**
*Plaintiff*

V.

Civil Action No. **6:21-CV-00108-ADA**

**SPRINT CORPORATION, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: **Sprint Communications Company L.P.**
**c/o Registered Agent, Corporation Service Company**
**211 East 7th Street, Suite 620**
**Austin, Texas 78701-3218**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Erick Scott Robinson**
> **Porter Hedges LLP**
> **1000 Main St., 36th Floor**
> **Houston, TX 77339**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK



ISSUED ON 2021-02-03 12:18:45

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-00108-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for*(name of individual and title, if any)* Sprint Communications Company L. P.
was received by me on*(date)* 1/3/2021 .

☐   I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____ AFFIDAVIT _____
_____ ATTACHED _____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                     _____
                                                        *Server's signature*

                                               _____
                                                        *Printed name and title*

                                               _____
                                                        *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____